**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 22-1898**

─────────────

In re:  DEAFUEH MONBO; JUAHDI MONBO,

　　　　　Petitioners.

─────────────

On Petition for Writ of Mandamus.  (1:21-cv-01230-MSN-WEF)

─────────────

Submitted:  October 13, 2022                    Decided:  October 17, 2022

─────────────

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

Deafueh Monbo and Juahdi Monbo, Petitioners Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deafueh and Juahdi Monbo ("Petitioners") petition for a writ of mandamus seeking an order instructing the district court to assign their civil case to a particular magistrate judge and modify the case number. We conclude that Petitioners are not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [he] desires." *Murphy-Brown*, 907 F.3d at 795 (cleaned up).

We have reviewed the record and conclude that Petitioners are not entitled to the relief they seek. Accordingly, we deny the petition for writ of mandamus. We further deny Petitioners' motion for a stay pending the resolution of their petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2